## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 20-CV-25019

**JOEY D. GONZALEZ,**

                **Plaintiff,**

**v.**

**CLIFFORD RAMSEY,**

                **Defendant.**

_____/

### NOTICE OF REMOVAL AND SUBSTITUTION OF PARTY DEFENDANT

Defendant, the United States of America,[1] by and through the undersigned Assistant United States Attorney, hereby files this Notice of Removal and Substitution of Party Defendant pursuant to 28 U.S.C. § 2679(d)(2), and, in support thereof, states the following:

1.      Plaintiff, Joey Gonzalez, filed an action in the Circuit Court of the 11th Judicial Circuit, in and for Miami-Dade County, Florida entitled *Gonzalez v. Ramsey*, Case No. 2017-026753-CA-01. A copy of the Complaint filed in state court is attached as **Exhibit A**.

2.      Miami-Dade County, Florida is within the Southern District of Florida.

3.      The Complaint names Clifford Ramsey as the sole party defendant.

4.      Clifford Ramsey is certified to have been acting within the scope of his federal employment at the time of the incidents out of which this action arises pursuant to 28 C.F.R. § 15.3. See attached Certification of United States Attorney, Ariana Fajardo Orshan, **Exhibit B**.

5.      The Federal Tort Claims Act (FTCA) is the exclusive remedy for tort claims resulting from an act or omission of a federal employee where that employee was acting within

---

[1] The Complaint filed in state court names Clifford Ramsey as the sole defendant. Clifford Ramsey's scope of Federal employment has been certified pursuant to 28 C.F.R. § 15.3.  Under the Federal Tort Claims Act, the United States shall be substituted as the defendant in civil actions against federal employees "[u]pon certification by the Attorney General that the defendant employee was acting within the scope of his office or employment at the time of the incident out of which the claim arose." 28 U.S.C. § 2679(d)(1).

the scope of his or her employment.  28 U.S.C. § 2679(b)(1) ("The remedy against the United States provided by sections 1346(b) and 2672 of this title for injury or loss of property, or personal injury or death arising or resulting from the negligent or wrongful act or omission of any employee of the Government while acting within the scope of his office or employment is exclusive of any other civil action or proceeding for money damages by reason of the same subject matter against the employee whose act or omission gave rise to the claim").

6.      28 U.S.C. § 2679 prescribes that "the United States shall be substituted as the party defendant" in an FTCA action removed from state court upon certification of scope of employment. 28 U.S.C. § 2679(d)(2). See also *Simpson v. Holder*, 184 F. App'x 904, 908 (11th Cir. 2006) (citing 28 U.S.C. § 2679(a), (b)) ("The United States is the only proper defendant in an FTCA action."); *Martin v. United States*, 439 Fed.Appx. 846 (11th Cir. 2011), n. 1.

7.      Accordingly, pursuant to Section 2679(d)(2) this action is removed from state court and the action proceeds in district court as a tort action brought against the United States under the Federal Tort Claims Act (FTCA); and, pursuant to 28 U.S.C. § 2679(d)(2), the United States is substituted as the proper party defendant under the FTCA.[2]

---

[2]Section 2679(d)(2) states, in relevant part:

> Upon certification by the Attorney General that the defendant employee was acting within the scope of his office or employment at the time of the incident out of which the claim arose, any civil action or proceeding commenced upon such claim in a State court shall be removed without bond at any time before trial by the Attorney General to the district court of the United States for the district and division embracing the place in which the action or proceeding is pending. Such action or proceeding shall be deemed to be an action or proceeding brought against the United States under the provisions of this title and all references thereto, and the United States shall be substituted as the party defendant. This certification of the Attorney General shall conclusively establish scope of office or employment for purposes of removal.

WHEREFORE, the United States of America, respectfully requests that the proceedings noted above be removed from the Circuit Court in and for Miami-Dade County, Florida, to the United States District Court for the Southern District of Florida.

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By:   **s/ Charles S. White**
CHARLES S. WHITE
Assistant United States Attorney
Florida Bar No. 394981
99 N.E. 4th Street, Suite 300
Miami, Florida 33132
Tel.: 305.961.9286
Fax: 305.530-7139
Email: Charles.White@usdoj.gov
*Counsel for United States of America*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 9, 2020 I electronically filed the forgoing document with the Clerk of the Court using CM/ECF.   I also certify that the forgoing document is being served this day on all counsel of record or pro se parties identified on the attached service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By:   s/ Charles S. White
CHARLES S. WHITE
Fla. Bar No. 394981
Assistant United States Attorney
99 N.E. 4th Street, Suite 300
Miami, Florida   33132
Tel. (305) 961-9286
Fax. (305) 530-7139
E-mail: charles.white@usdoj.gov

**SERVICE LIST**
**Gonzalez v. Ramsey**
**Case No.   20-CV-25019**
**UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF FLORIDA**

Joey D. Gonzalez, Esq.                         Charles S. White
Fla. Bar #127554                               Assistant United States Attorney
P.O. Box 145073                                charles.white@usdoj.gov
Coral Gables, FL   33114-5073                   99 N.E. 4th Street, Suite 300
Tel: (305) 720-3114                            Miami, Florida   33132
Fax: (305) 676-8998                            Tel. (305) 961-9286
E-service: joey@joeygonzalezlaw.com            Fax. (305) 530-7139
Plaintiff, *Pro Se*                            Attorney for Defendant USA

Beverly Virues, Esq.
Fla. Bar #123713
Garcia-Menocal & Perez
4937 SW 74th Ct # 3
Miami, FL 33155-4412
Office: (305) 553-3464
bvirues1@gmail.com
Attorney for Clifford Ramsey