IN THE CIRCUIT COURT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

Case #2017-026753-CA-01

JOEY D. GONZALEZ,

        Plaintiff,

v.

CLIFFORD RAMSEY,

        Defendant.
_____/

## CERTIFICATION BY UNITED STATES ATTORNEY

By virtue of the authority vested in me by 28 C.F.R. §15.3(a), I hereby certify that:

1. I have read the Amended Complaint in this action and all attachments thereto and have been provided other information concerning this cause of action;

2. Clifford Ramsey, Defendant in the above-styled action, was an employee of the United States Department of Agriculture at the time of the alleged events which are the subject matter of the Amended Complaint.

3. Accordingly, I certify that Clifford Ramsey was acting within the course and scope of his employment at the time of the alleged events set forth in the Amended Complaint.

Dated this _____ day of November 2020.

                                       ARIANA FAJARDO ORSHAN
Digitally signed by ARIANA FAJARDO ORSHAN
Date: 2020.11.20 11:52:51 -05'00'

                                       ARIANA FAJARDO ORSHAN
                                       UNITED STATES ATTORNEY
                                       SOUTHERN DISTRICT OF FLORIDA

# Exhibit B