IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case #_____

**JOEY D. GONZALEZ,**

    **Plaintiff,**

v.

**UNITED STATES OF AMERICA,**

    **Defendant.**

_____/

### DECLARATION OF BRIAN A. MIZOGUCHI

Pursuant to 28 U.S.C. § 1746, I, Brian A. Mizoguchi, do hereby declare that:

1. Presently, I am employed by the United States Department of Agriculture (USDA) where I serve as the Assistant General Counsel for the Office of the General Counsel, General Law and Research Division.

2. My responsibilities include coordinating the receipt and consideration of administrative claims filed with USDA pursuant to the Federal Tort Claims Act (FTCA).

3. In my official capacity, I caused to be initiated a search for any administrative claims, filed pursuant to the FTCA, that were submitted by or on behalf of Joey D. Gonzalez or Joey D. Gonzalez Ramos.

4. These searches revealed that USDA has no record of receiving an executed Standard Form 95 (Claim for Damages, Injury, or Death) from or on behalf of Joey D. Gonzalez or Joey D. Gonzalez Ramos concerning the circumstances set forth in the complaint and amended complaint filed in *Joey D. Gonzalez v. Clifford L. Ramsey,* 2017-026753-CA-01 (Civil Division). Further, these searches revealed that USDA has no record of receiving written notification of an administrative tort claim from or on behalf of Joey D. Gonzalez or Joey D. Gonzalez Ramos

# Exhibit C

concerning the circumstances set forth in the complaint and amended complaint filed in *Joey D. Gonzalez v. Clifford L. Ramsey,* 2017-026753-CA-01 (Civil Division).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 9th day of December, 2020.

pp _____ for
Brian A. Mizoguchi
Assistant General Counsel,
General Law and Research Division
United States Department of Agriculture
Office of the General Counsel
1400 Independence Avenue, S.W., Room 3311-S
Washington, D.C. 20250
(202) 720-7219

# Exhibit C