```
           UNITED STATES DISTRICT COURT
           SOUTHERN DISTRICT OF FLORIDA
                 MIAMI DIVISION
       CASE NO. 20-25019-CIV-GRAHAM/MCALILEY
```

JOEY D. GONZALEZ,

    Plaintiff,

vs.

UNITED STATES OF AMERICA,

    Defendant.

_____/

### NOTICE OF TELEPHONIC STATUS CONFERENCE

**THIS CAUSE** comes before the Court <u>sua sponte</u>.

**THIS CAUSE** is hereby reset for a telephonic status conference before the undersigned on **Wednesday, February 10, 2021 at 2:00 P.M.**[1]

**In a case that the Court sets for telephonic status conference, no counsel shall appear in person. Instead, all counsel shall attend via telephone. Counsel shall contact the Court at 2:00 P.M. by calling the following toll-free number**

    **1.   1-888-684-8852,**

    **2.   Enter Access Code Number 3772101 followed by the # sign, and**

---

[1] **WHEN JOINING THE CONFERENCE, COUNSEL SHOULD BE AWARE THAT OTHER ATTORNEYS/CASES WILL BE ATTENDING AT THE SAME TIME. PLEASE WAIT ON THE CONFERENCE UNTIL JUDGE GRAHAM'S CHAMBERS' STAFF JOINS IN AT WHICH TIME A SHORT ROLE CALL WILL BE TAKEN. THEREAFTER, COUNSEL WILL BE TRANSFERRED DIRECTLY TO JUDGE GRAHAM. PLEASE REMEMBER TO SPEAK CLEARLY AND ANNOUNCE YOUR NAME SO THE COURT REPORTER MAY ACCURATELY REFLECT THE CORRECT PARTY SPEAKING ON THE RECORD.**

    **3.**    **Enter Security Code Number 1316 followed by the # sign.**

Counsel for Plaintiff and Defendant are directed to file and serve a **joint** status report <u>and</u> completed Election to Jurisdiction By A United States Magistrate Judge for Final Disposition of Motions <u>or</u> completed Election to Jurisdiction By A United States Magistrate Judge for Trial (forms attached) **by 5:00 P.M. on the Friday immediately preceding the status conference**. Failure to file a timely joint status report and election form shall be grounds for dismissal.

<u>Magistrate Election Form</u>

**All parties to the action shall sign the magistrate election form timely and in accordance with the CM/ECF Administrative Procedures by 5:00 P.M. on the Friday immediately preceding the status conference**.

<u>The Joint Status Report Shall Contain The Following</u>:

    1.    A plain statement of the nature of the claim and any counterclaim, cross-claim, or third-party claim, including the amount of damages claimed and any other relief sought.

    2.    A brief summary of facts which are uncontested or which can be stipulated to without discovery.

    3.    A brief summary of the issues as presently known.

    4.    A summary of any pending motions.

    5.    The progress of discovery in the case, and the

approximate time at which the case will be ready for trial and/or final pretrial conference.

6. The projected time necessary for trial, and a statement of whether the case is a jury or non-jury trial.

7. Any unique legal or factual aspects of the case requiring special consideration by the Court.

8. Status of any potential settlement.

9a. A statement as to whether the parties will elect to a Magistrate Judge for the following:

    (i)      Final Disposition By the Magistrate Judge of Motions for Costs;

    (ii)     Final Disposition By the Magistrate Judge of Motions for Attorneys' Fees;

    (iii)    Final Disposition By the Magistrate Judge of Motions for Sanctions;

    (iv)     Final Disposition By the Magistrate Judge of Motions to Dismiss;

    (v)      Final Disposition By the Magistrate Judge of Motions for Summary Judgment;

    (vi)     Trial; and

    (vii)    Other.

9b. Whether there are any unique issues in the case, such as complicated accountings, etc., which should be referred to a Special Master or Magistrate Judge.

The parties should note that final disposition by a Magistrate Judge of discovery motions does not require the election of the

parties, and such motions will be referred to a Magistrate Judge as a matter of course. With respect to trials before a Magistrate Judge, the parties should be aware that a Magistrate Judge may conduct all proceedings in the case including a jury or non-jury trial, and order the entry of a final judgment. The parties should be aware that generally this Court cannot accommodate requests for a special setting beyond the normal two-week calendar. A Magistrate Judge's calendar, however may afford such requests. Parties who consent to trial before a Magistrate Judge may be excused from attending the above-scheduled status conference <u>provided</u> they give <u>both</u> <u>oral</u> <u>and</u> <u>written</u> notice to the Court at least 24 hours before the time set for the status conference.

    10. Such other matters as may aid the Court in the fair and expeditious administration and disposition of this action. In the event that motion(s) are pending before the Court at the time of the status conference, the parties shall be prepared to argue, at the Court's discretion, the merits of such motion(s).

    11. Counsel are reminded to comply with Local Rule 7.1(a)(2) and CM/ECF Administrative Procedures. **Counsel shall indicate with specificity the manner in which reasonable efforts were initiated (via facsimile, e-mail or voice-mail), the dates of such efforts, and the number of times an inquiry and follow up on the response to the inquiry was sought.**

4

12. Proposed Order/s shall be forwarded **separately** to this Division's NEF (Notice of Electronic Filing) Account. The e-mail subject line and the name of the attachment should include the case number, reference the docket entry number, followed by a short description of the attachment (e.g., xx-cv-xxxxx Order on ECF #_____) to graham@flsd.uscourts.gov.

13. The parties are directed to this Court's website, www.flsd.uscourts.gov under "Judge's Info" tab and select District Judges to review this Division's trial practice procedures and for additional information.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 14th day of December, 2020.

_____
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc:  Joey D. Gonzalez, Pro Se
     All Counsel of Record

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
CASE NO. 20-25019-CIV-GRAHAM/MCALILEY

JOEY D. GONZALEZ,

    Plaintiff,

vs.

UNITED STATES OF AMERICA,

    Defendant.
_____/

## **ELECTION TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE FOR FINAL DISPOSITION OF MOTIONS**

    In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter hereby voluntarily elect to have a United States Magistrate Judge decide the following motions and issue a final order or judgment with respect thereto:

1. Motions to Dismiss                Yes _____   No _____

2. Motions for Summary Judgment      Yes _____   No _____

3. All Pretrial Motions              Yes _____   No _____

4. Other                             Yes _____   No _____

_____      _____
(Date)              (Signature) Counsel for
_____      _____
(Date)              (Signature) Counsel for
_____      _____
(Date)              (Signature) Counsel for

6

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 20-25019-CIV-GRAHAM/MCALILEY

JOEY D. GONZALEZ,

    Plaintiff,

vs.

UNITED STATES OF AMERICA,

    Defendant.
_____/

## ELECTION TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE FOR TRIAL

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter hereby voluntarily elect to have a United States Magistrate Judge conduct any and all further proceedings in the case, including **TRIAL**, and entry of final judgment with respect thereto.[2]

_____          _____
(Date)                  (Signature) Counsel for

_____          _____
(Date)                  (Signature) Counsel for
_____            _____
(Date)                  (Signature) Counsel for

---

[2]A magistrate judge may conduct jury trials if the underlying claims support a demand for a jury.  In addition, a magistrate judge can generally accommodate special settings.

7