IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-CV-25019-DLG

**JOEY D. GONZALEZ,**

       **Plaintiff,**

**v.**

**UNITED SATES OF AMERICA,**

       **Defendant.**
_____/

**NOTICE OF REMOVAL OF ATTORNEY BEVERLY VIRUES
AS COUNSEL OF RECORD FOR FORMER DEFENDANT CLIFFORD RAMSEY**

     Defendant, the United States of America, by and through the undersigned Assistant United States Attorney, hereby files this Notice of Removal of Beverly Virues as counsel of record for attorney of record for former Defendant, Clifford Ramsey, from Service List and all future copies of orders, correspondence, motions, pleadings, notices, etc., CM/ECF electronic filings and notifying the court to remove her name, Beverly Virues (remove from all email bvirues@lawqgmp.com, bvirues1@gmail.com, beverly@beckandlee.com, service@beckandlee.com).[1]

                                          Respectfully submitted,

                                          ARIANA FAJARDO ORSHAN
                                          UNITED STATES ATTORNEY

                           By:  **s/ Charles S. White**
                                          CHARLES S. WHITE
                                          Assistant United States Attorney
                                          Florida Bar No. 394981
                                          99 N.E. 4th Street, Suite 300
                                          Miami, Florida 33132
                                          Tel.: 305.961.9286
                                          Fax: 305.530-7139
                                          Email: Charles.White@usdoj.gov
                                          *Counsel for United States of America*

---

[1] The undersigned counsel inadvertently mis-identified Beverly Vires, Esq., as then current counsel of record for the now former Defendant Clifford Ramsey in the state court proceedings now removed. Ramsey was then proceeding *pro se*.

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on December 17, 2020 I electronically filed the forgoing document with the Clerk of the Court using CM/ECF.   I also certify that the forgoing document is being served this day on all counsel of record or pro se parties identified on the attached service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                        Respectfully submitted,

                        ARIANA FAJARDO ORSHAN
                        UNITED STATES ATTORNEY

        By:    s/ Charles S. White
                        CHARLES S. WHITE
                        Fla. Bar No. 394981
                        Assistant United States Attorney
                        99 N.E. 4th Street, Suite 300
                        Miami, Florida   33132
                        Tel. (305) 961-9286
                        Fax. (305) 530-7139
                        E-mail: charles.white@usdoj.gov

## SERVICE LIST

Joey D. Gonzalez, Esq.
Fla. Bar #127554
P.O. Box 145073
Coral Gables, FL   33114-5073
Tel: (305) 720-3114
Fax: (305) 676-8998
E-service: joey@joeygonzalezlaw.com
*Plaintiff, Pro Se*